

ORIGINAL

FILED

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0471

BRENDA ZASTOUPIL,

Petitioner and Appellant,

v.

DEPARTMENT OF LABOR & INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, AND RYAN RESTAURANT
CORPORATION,

Respondents and Appellees.

ORDER

FILED

MAR - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's second motion for extension of time to file her reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until March 13, 2024, to file her reply brief.

No further extensions will be granted.

DATED this 1 day of March, 2024.

For the Court,

_____
Chief Justice